# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:14cr36 |
| Edward Luna | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States Courthouse<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: 783 - Magistrate Judge Brown |
|---|---|
| | Date and Time: Wednesday, 3/26/2014 @ 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 3/21/2014

_Joe B Brown_
*Judge's signature*

JOE B. BROWN, U. S. MAGISTRATE JUDGE
*Printed name and title*