UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:14-00036 |
| v. | ) | ALETA A. TRAUGER |
| | ) | Judge, U.S. District Court |
| EDWARD LUNA | ) | |

MOTION TO REQUEST REDACTION

Edward Luna, through counsel, Isaiah S. Gant, Assistant Federal Public Defender, respectfully moves the Court to redact the following personal information from the transcript of the detection hearing and arraignment held on March 26, 2014, (Docket Entry 21): Reference to the street address should be removed from:

Page 27, lines 1, 14, and 16,
Page 28, line 13, and
Page 32, line 2.

Respectfully submitted,

/s/ Isaiah S. Gant
Isaiah S. Gant (BPR #025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Edward Luna

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, I electronically filed the foregoing Motion to Request Redaction with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Matthias David Onderak, Assistant United States Attorney, 110 Ninth Avenue, South, Nashville, TN 37203.

/s/ Isaiah S. Gant
Isaiah S. Gant